**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Norm Gross,

Petitioner, 00-CV-49 (ADM/AJB)

-against-

Jo Lene Company, Inc., ORDER

Respondent.

---

The Court, having received and reviewed the Petition to Confirm Arbitration Award filed on January 11, 2000, and being advised that Respondent defaulted in the underlying arbitration, and being further advised that Respondent is unlikely to appear in this matter, hereby ORDERS:

(a) That if Respondent intends to oppose the Petition to Confirm Arbitration Award it shall serve and file its opposition to the Petition on or before February 14, 2000; and

(b) In the event that no opposition to the Petition is received by the Court on or before February 14, 2000, the Court will deem the Petition to be fully submitted and unopposed.

Dated: January 25, 2000

Ann D. Montgomery
United States District Judge

FILED JAN 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________