UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NORM GROSS,

Petitioner,

v. CIVIL NO. 00-49(ADM/AJB)

JO LENE COMPANY, INC.,

Respondent.

---

This matter is before the Court on Petitioner's Petition to Confirm Arbitration Award.

The Court, having reviewed the Petition and being otherwise fully advised in the matters, hereby grants the Petitioner and IT IS THEREFORE ORDERED THAT:

The Arbitration Award in favor of Petitioner in the amount of $179.615.65 is confirmed, and the Petitioner is entitled to an award of attorney's fees in the amount of $500, meaning that Petitioner is entitled to judgment against the respondent in the amount of $180,115.65.

Dated: February 28, 2000

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

LET JUDGMENT BE ENTERED ACCORDINGLY.

FILED 2 28 00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 2 28 00
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.