# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Norm Gross

Case No. Civil 00-49 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Jo Lene Company, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that;

The Arbitration Award in favor of Petitioner in the amount of $179,615.65 is confirmed and the petitioner is entitled to an award of attorneys' fees in the amount of $500., meaning that the petitioner is entitled to judgment against the respondent in the amount of $180,115.65.

DATE: 2/28/00

FRANCIS E. DOSAL, CLERK

Mary Kaye Conery, Deputy Clerk